**ORDERED.**

Dated: May 26, 2011

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-10836

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Adan Torres and Annalee Nieto<br>      Debtors.<br>_____<br>U.S. Bank, National Association<br>      Movant,<br>  vs.<br>Adan Torres and Annalee Nieto, Debtors; Stanley J. Kartchner, Trustee.<br>      Respondents | No. 4:10-bk-20621-EWH<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #26) |

On this day came on for consideration, U.S. Bank, National Association, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

    7122 South Dooley Drive
    Tucson AZ 85746

and legally described as:

LOT 217, OF MISSION RIDGE, PIMA COUNTY, ARIZONA, ACCORDING TO THE MAP OF RECORD IN THE OFFICE OF THE COUNTY RECORDER, IN BOOK 33 OF MAPS, PAGE 19; THEREAFTER, AMENDED BY DECLARATION OF SCRIVENER'S ERROR IN DOCKET 6399, PAGE 894 AND IN DOCKET 8401, PAGE 1493.

EXCEPT ALL COAL AND OTHER MINERALS AS RESERVED BY THE UNITED STATES OF AMERICA IN DEED BOOK 137, PAGE 327.